In the Matter of LINCOLN H. DREESSEN, Individually and as President of the Playground Directors Association, et al., Appellants, against ROBERT MOSES, as Park Commissioner of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *post*, p. 940.]

In the Matter of SINGER SEWING MACHINE COMPANY, Respondent, against GEORGE STARKE, as a City Marshal of the City of New York, Respondent, and BENJAMIN LEVITAS, Intervener, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See 279 App. Div. 560.]

In the Matter of the Arbitration between KACHURIN DRUG COMPANY, Petitioner, and SURN SINGH LACHHMAN SINGH, Respondent. In the Matter of EVA KACHURIN et al., as Executors of PHILIP KACHURIN, Deceased, Appellants, against KULDIP SINGH et al., Copartners Trading under the Name of SURN SINGH LACHHMAN SINGH, at Amritsar, India, Respondents.— We deem there was sufficient substantial compliance by the foreign commissioner with the order issuing the commission to warrant the validation of the depositions. We treat the present motion as a motion to validate and accept the depositions, and unanimously modify the order appealed from to grant such motion and, as so modified, affirm the order, without costs. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

EVA KACHURIN et al., as Executors of PHILIP KACHURIN, Deceased, Appellants, v. FREDERICK L. STALLMAN et al., Trading under the Name of STALLMAN & Co., Respondents.— It is not sufficiently established at the present stage of the litigation that the plea of foreign law is irrelevant. Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to strike denied. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

REBECCA H. SIMONS, Respondent, v. GILBERT P. SIMONS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [Order denied motion to amend or resettle judgment of separation.] [See 279 App. Div. 576.]

SETH ADAMSON & Co., INC., Appellant, v. SAMUEL SMITH et al., Doing Business under the Name of S. M. S. TEXTILE MILLS, Respondents.— Order, so far as appealed from, unanimously modified by striking out the provision making the plaintiff's attorney liable for the Sheriff's fees and, as so modified, affirmed, without costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [Order modified warrant of attachment.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGINIA HILL, Respondent, against HENRY SNORGRASS, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.